# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AFSHIN, HENGAMEH | § | Case No. 07-10427 JBS |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/21/2011 in Courtroom 682, at the

United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/10/2011                    By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AFSHIN, HENGAMEH | § | Case No. 07-10427 JBS |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,002.87 |
| and approved disbursements of | $ | 317.39 |
| leaving a balance on hand of[1] | $ | 9,685.48 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,750.29 | $ 0.00 | $ 1,750.29 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 5,776.50 | $ 0.00 | $ 5,776.50 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 1.22 | $ 0.00 | $ 1.22 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 1,055.50 | $ 0.00 | $ 1,055.50 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 10.65 | $ 0.00 | $ 10.65 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 11.39 | $ 11.39 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,594.16 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Remaining Balance                                           $_____1,091.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,659.49  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ROUNDUP FUNDING, LLC | $        222.07 | $        0.00 | $         13.72 |
| 000002 | JP MORGAN CHASE | $      1,320.38 | $        0.00 | $         81.60 |
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERICA | $     11,334.83 | $        0.00 | $        700.47 |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERICA | $      4,782.21 | $        0.00 | $        295.53 |

Total to be paid to timely general unsecured creditors        $_____1,091.32

Remaining Balance                                           $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 07-10427-JBS
Hengameh Afshin                                                    Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross          Page 1 of 2          Date Rcvd: Jun 14, 2011
                             Form ID: pdf006       Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2011.
db          +Hengameh Afshin,   POB 31594,   Chicago, IL 60631-0594
aty         +Richard E Sexner,   Law Offices Of Richard E. Sexner,   579 W North Avenue, Suite 203,
              Elmhurst, IL 60126-2144
aty         +William G Cross,   Frank/Gecker LLP,   325 N. LaSalle St., Suite 625,   Chicago, IL 60654-6465
aty         +Zane L Zielinski,   Frank/Gecker LLP,   325 N. LaSalle,   Suite 625,   Chicago, IL 60654-6465
11414587    +Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
11414588    +Brett Rilling,   3133 Forrest Ridge,   Madison, WI 53704-7743
11414589    +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11414590    +Chase Na,   800 Brooksedge Blv,   Westerville, OH 43081-2822
11414591     Citi,   Po Box 6003,   Hagerstown, MD 21747
11414592    +Citibank,   Po Box 6241,   Sioux Falls, SD 57117-6241
11414593     FIA Card Services,   Wolpoff & Abramson LLP,   2 Irvington Centre 702 King Farm Bl,
              Rockville, MD 20850-5775
11414594    +Geoffrey Blair Jajim,   POB 373,   Hakalau, HI 96710-0373
11414595   +++Great Lakes Educational Loan Svc., Inc,   Claims Filing Unit,   PO Box 8973,
              Madison, WI 53708-8973
11414596    +Hsbc/carsn,   140 W Industrial Dr,   Elmhurst, IL 60126-1602
15736526     JP Morgan Chase,   PO Box 15145,   Wilmington, DE 19850-5145
11414597    +John Brett Rilling,   3133 Forest Ridge,   Madison, WI 53704-7743
11414598    +Mbna America Bank,   Pob 17054,   Wilmington, DE 19884-0001
11414599    +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
11414602   ++STUDENT LOAN FINANCE CORPORATION,   ATTN BANKRUPTCY,   124 SOUTH FIRST STREET,
              ABERDEEN SD 57401-4107
             (address filed with court: Student Loan Finance C,   105 1st Ave Sw,   Aberdeen, SD 57401)
11414601    +Stroger Hospital c/o,   Linebarger Gogan Blair,   POB 06268,   Chicago, IL 60606-0268
11414603    +Wfnnb/vctria,   Po Box 182128,   Columbus, OH 43218-2128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +E-mail/Text: csmith@fgllp.com Jun 14 2011 23:29:16   Frances Gecker,   325 North LaSalle Street,
              Suite 625,   Chicago, IL 60654-6465
16085370     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2011 00:18:13
              Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK 73124-8809
11414600    +E-mail/Text: bnc@nordstrom.com Jun 14 2011 23:17:11   Nordstrom Fsb,   Po Box 6555,
              Englewood, CO 80155-6555
15713691     E-mail/PDF: BNCEmails@blinellc.com Jun 15 2011 00:18:47   Roundup Funding, LLC,   MS 550,
              PO Box 91121,   Seattle, WA 98111-9221
                                                                                        TOTAL: 4


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Frances Gecker,   325 North LaSalle Street,   Suite 625,   Chicago, IL 60654-6465
                                                                      TOTALS: 0, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

District/off: 0752-1          User: dross          Page 2 of 2          Date Rcvd: Jun 14, 2011
                             Form ID: pdf006       Total Noticed: 25

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2011**                    **Signature:**