UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
AFSHIN, HENGAMEH                    §     Case No. 07-10427
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | | | | | |
| | Brett Rilling | | | | | |
| | Chase | | | | | |
| | Citi | | | | | |
| | Citibank | | | | | |
| | Glelsi/goal Financial | | | | | |
| | HSBC/CARSON | | | | | |
| | MBNA America Bank | | | | | |
| | MCYDSNB | | | | | |
| | Nordstrom FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stroger Hospital | | | | | |
| | Student Loan Finance | | | | | |
| | WFNNB/VCTRIA | | | | | |
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000002 | JP MORGAN CHASE | | | | | |
| 000001 | ROUNDUP FUNDING, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No.: 07-10427 JBS Judge: Jack B. Schmetterer  Trustee Name: Frances Gecker
Case Name: AFSHIN, HENGAMEH  Date Filed (f) or Converted (c): 06/11/07 (f)
  341(a) Meeting Date: 07/12/07
For Period Ending: 05/17/11  Claims Bar Date: 09/03/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VACANT LAND 12 TH STREET & MAJUU HAWAIIAN PARADISE VACANT LAND 12 TH STREET & MAJUU HAWAIIAN PARADISE PARK KEAAU, DISTRICT OF PUNA HAWAII 967449  Debtor Claimed Exemption | 55,000.00 | 0.00 | | 0.00 | FA |
| 2. LASALLE BANK CHECKING ACCOUNT  Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSIT WITH LANDLORD  SECURITY DEPOSIT WITH LANDLORD | 525.00 | 0.00 | DA | 0.00 | FA |
| 4. WEARING APPAREL  Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS | 50.00 | 50.00 | DA | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 250.00 | 250.00 | DA | 0.00 | FA |
| 7. FURS AND JEWELRY  Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 8. 2001 NISSAN SENTRA  Debtor Claimed Exemption | 5,500.00 | 1,500.00 | DA | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.77 | Unknown |

LFORM1  Ver: 16.02b

UST Form 101-7-TDR (10/1/2010) (Page: 7)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 07-10427 | JBS | Judge: Jack B. Schmetterer | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | AFSHIN, HENGAMEH | | | Date Filed (f) or Converted (c): | 06/11/07 (f) |
| | | | | 341(a) Meeting Date: | 07/12/07 |
| | | | | Claims Bar Date: | 09/03/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Adversary Proceeding Against Fidelity National Title & Escrow of Hawaii, Inc. | 0.00 | 0.00 | | 10,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $61,975.00 | $1,800.00 | | $10,002.77 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS PREPARING A FINAL REPORT IN THIS CASE.

Initial Projected Date of Final Report (TFR): 04/15/13　　Current Projected Date of Final Report (TFR): 02/28/11

/s/　Frances Gecker
_____　Date: 05/17/11
FRANCES GECKER

LFORM1
**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-10427 -JBS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | AFSHIN, HENGAMEH | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5573  MONEY MARKET |
| Taxpayer ID No: | *******9993 | | |
| For Period Ending: | 08/09/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/10 | 10 | Fidelity National Title Ins. Co.<br>601 Riverside Avenue<br>Building 5, 1st Floor<br>Jacksonville, FL  32204 | Settlement w/Fidelity & Hajim | 1110-000 | 10,000.00 | | 10,000.00 |
| 03/31/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.02 | | 10,000.02 |
| 04/30/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,000.27 |
| 05/28/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,000.52 |
| 06/30/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,000.77 |
| 07/30/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,001.02 |
| 08/31/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,001.28 |
| 09/30/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,001.53 |
| 10/29/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,001.78 |
| 11/30/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,002.03 |
| 12/31/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,002.28 |
| 01/31/11 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,002.53 |

Page Subtotals     10,002.53     0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-10427 -JBS | | Trustee Name: | Frances Gecker |
| Case Name: | AFSHIN, HENGAMEH | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5573  MONEY MARKET |
| Taxpayer ID No: | *******9993 | | | |
| For Period Ending: | 08/09/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/08/11 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BLANKET BOND | 2300-000 | | 11.39 | 9,991.14 |
| 02/28/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,991.22 |
| 03/31/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,991.30 |
| 04/07/11 | 001001 | INTERNAL REVENUE SERVICE Cincinnati, OH  45999-0013 | 2010 Tax Return -  FEIN 35-6839993 | 2810-000 | | 66.00 | 9,925.30 |
| 04/07/11 | 001002 | ILLINOIS DEPT. OF REVENUE P.O. Box 19030 Springfield, IL  62794-9030 | 2010 Taxes - FEIN 35-6839993 | 2820-000 | | 240.00 | 9,685.30 |
| 04/29/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,685.38 |
| 05/31/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,685.46 |
| 06/10/11 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 9,685.48 |
| 06/10/11 | | Transfer to Acct #*******5540 | Final Posting Transfer | 9999-000 | | 9,685.48 | 0.00 |

| | | | Page Subtotals | | 0.34 | 10,002.87 |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-10427 -JBS | |
| Case Name: | AFSHIN, HENGAMEH | |
| Taxpayer ID No: | *******9993 | |
| For Period Ending: | 08/09/11 | |

| | | |
|---|---|---|
| Trustee Name: | Frances Gecker | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******5573  MONEY MARKET | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,002.87 | 10,002.87 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 9,685.48 | |
| | | | Subtotal | | 10,002.87 | 317.39 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,002.87 | 317.39 | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 0.00 |

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-10427 -JBS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | AFSHIN, HENGAMEH | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5540  GENERAL CHECKING |
| Taxpayer ID No : | *******9993 | | |
| For Period Ending: | 08/09/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/10/11 | | Transfer from Acct #*******5573 | Transfer In From MMA Account | 9999-000 | 9,685.48 | | 9,685.48 |
| 07/22/11 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.29 | 7,935.19 |
| 07/22/11 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Attorney for Trustee Fees (Trustee<br><br>Fees            5,776.50<br>Expenses            1.22 | <br><br><br>3110-000<br>3120-000 | | 5,777.72 | 2,157.47 |
| 07/22/11 | 001002 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS  60603 | Accountant for Trustee Fees (Other<br><br>Fees            1,055.50<br>Expenses            10.65 | <br><br><br>3410-000<br>3420-000 | | 1,066.15 | 1,091.32 |
| 07/22/11 | 001003 | ROUNDUP FUNDING, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | Claim 000001, Payment 6% | 7100-000 | | 13.72 | 1,077.60 |
| 07/22/11 | 001004 | JP MORGAN CHASE | Claim 000002, Payment 6% | 7100-000 | | 81.60 | 996.00 |
| | | | Page Subtotals | | 9,685.48 | 8,689.48 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-10427 -JBS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | AFSHIN, HENGAMEH | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5540  GENERAL CHECKING |
| Taxpayer ID No: | *******9993 | | |
| For Period Ending: | 08/09/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 15145<br>WILMINGTON, DE 19850-5145 | | | | | |
| 07/22/11 | 001005 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Claim 000003, Payment 6% | 7100-000 | | 700.47 | 295.53 |
| 07/22/11 | 001006 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Claim 000004, Payment 6% | 7100-000 | | 295.53 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,685.48 | 9,685.48 | 0.00 |
| Less:  Bank Transfers/CD's | 9,685.48 | 0.00 | |
| Subtotal | 0.00 | 9,685.48 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,685.48 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5573 | 10,002.87 | 317.39 | 0.00 |
| GENERAL CHECKING - ********5540 | 0.00 | 9,685.48 | 0.00 |
| | 10,002.87 | 10,002.87 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     996.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-10427 -JBS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | AFSHIN, HENGAMEH | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5540  GENERAL CHECKING |
| Taxpayer ID No: | *******9993 | | |
| For Period Ending: | 08/09/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Frances Gecker, Trustee

Trustee's Signature: __/s/ Frances Gecker_____  Date: _____
FRANCES GECKER

Page Subtotals        0.00        0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*